# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2042

_____

In re: Popkin & Stern,                    *
                                          *
                        Debtor,           *
                                          *
_____                     *
                                          *
Robert J. Blackwell, Liquidating Trustee  *    Appeal from the United States
of the Popkin & Stern Liquidating Trust,  *    Bankruptcy Appellate Panel.
                                          *
                        Appellee,         *        [UNPUBLISHED]
                                          *
          v.                              *
                                          *
Ronald U. Lurie,                          *
                                          *
                        Appellant.        *

_____

Submitted:  December 16, 1998
Filed:  December 23, 1998

_____

Before FAGG, HEANEY, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

        The court has considered the briefs and the parties' submissions in this bankruptcy-related action.  Ronald U. Lurie's arguments have been carefully analyzed. Having reviewed the record in the context of Lurie's arguments, we find the record supports the decision of the appellate bankruptcy court.  Because the parties'

submissions show they are thoroughly familiar with the issues before the court, we conclude that an extensive discussion would serve no useful purpose. We thus affirm on the basis of the opinion of the appellate bankruptcy court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.